**Tony Robert DAVIS, Petitioner–Appellant,**

v.

**K.J. WENDT, Respondent–Appellee.**

No. 04–10926.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 24, 2006.

Tony Robert Davis, Austin, TX, pro se.

Before JONES, Chief Judge; and WIENER and DeMOSS, Circuit Judges.

PER CURIAM: *

Tony Robert Davis, federal prisoner # 68917–080, seeks to challenge by means of a 28 U.S.C. § 2241 petition his conviction for conspiracy, wire fraud, transporting contraband, defrauding the United States, money laundering, and aiding and abetting. Davis's § 2241 petition makes no claims that are cognizable in a § 2241 petition. *See Reyes–Requena v. United States,* 243 F.3d 893, 904 (5th Cir.2001); *Pack v. Yusuff,* 218 F.3d 448, 451 (5th Cir.2000).

Davis's appeal is without arguable merit and is thus frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). Because the appeal is frivolous, it is hereby dismissed. *See* 5TH CIR. R. 42.2. Davis is warned that further frivolous filings will result in the imposition of sanctions.

**APPEAL DISMISSED; SANCTION WARNING ISSUED; ALL OUTSTANDING MOTIONS DENIED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.